# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NED CAMERON, JR.,**

    **Plaintiff,**

          **CASE NO.: 2:20-cv-1747**
  v.         **JUDGE EDMUND A. SARGUS, JR.**
          Magistrate Judge Chelsey M. Vascura

**RYAN WISE, et al.,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 27, 2020. (ECF No. 3.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 4(m) and 41(b). If Plaintiff re-files this action, Plaintiff is **ORDERED** to list 2:20-cv-1747 as a related case.

    **IT IS SO ORDERED.**


**10/19/2020**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**